# United States District Court

Northern **DISTRICT OF** California   E-filing

See 1 in Addendum
**V.**
See 2 in Addendum

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08 0897 BZ

TO: (Name and address of defendant)
See 3 in Addendum

**YOU ARE HEREBY SUMMONED** and required to serve up on PLAINTIFF'S ATTORNEY (name and address)

Kent Khtikian, Esq.
Kimberly Hancock, Esq.
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, CA 94133-2930

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING
CLERK

FEB 1 1 2008
DATE

(BY) DEPUTY CLERK