# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

April 11, 2008

To:   Kent Khtikian
      Kimberly Anne Hancock
      Katzenbach and Khtikian
      1714 Stockton Street, Suite 300
      San Francisco, CA 94133-2930

      Judith L. Whitman
      Diemer Whitman & Cardosi, LLP
      75 East Santa Clara Street, Suite 290
      San Jose, CA 95113

      Re: Bricklayers and Allied Craftworkers Local Union No. 3, AFL-CIO, et al.
          v. Vassallo Tile, Marble & Granite Corp., et al. - C08-0897 BZ

Dear Counsel:

   At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **May 19, 2008 at 4:00 p.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

   At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

                                    Sincerely,

                                    Richard W. Wieking, Clerk
                                    United States District Court

                                    /s/ Lashanda Scott
                              By:   Lashanda Scott
                                    Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd