1 DIEMER, WHITMAN & CARDOSI, LLP
  KATHRYN S. DIEMER, #133977
2 JUDITH L. WHITMAN, #103385
  75 East Santa Clara Street, Suite 290
3 San Jose, California   95113
  Telephone:   (408) 971-6270
4 Facsimile: (408) 971-6271

5 ATTORNEYS FOR Defendant,
  VASSALLO TILE, MARBLE & GRANITE CORP.
6 and AMERICAN CONTRACTORS INDEMNITY COMPANY

 

8              SUPERIOR COURT OF CALIFORNIA

9                   COUNTY OF SANTA CLARA

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; et al, | Case No. CV 08 0897 BZ |
| Plaintiffs, | **PROOF OF SERVICE** |
| vs. | |
| VASSALLO TILE, MARBLE & GRANITE CORP., et al., | |
| Defendants. | |

DIEMER, WHITMAN & CARDOSI, LLP
JUDITH L. WHITMAN, #103385
75 East Santa Clara Street, Suite 290
San Jose, CA 95113
TEL. (408) 971-6270
FAX. (408)971-6271

Case Name:  Bricklayers v. Vassallo

Case No.:  CV 08 0897 BZ

Hearing:

# CERTIFICATE OF SERVICE

    I declare that I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within entitled cause; my address is 75 East Santa Clara Street, Suite 290, San Jose, California 95113.

    On  April 11, 2008 , I served a copy of:

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE**

BY MAIL, OR AS OTHERWISE NOTED, by placing a true copy thereof enclosed in a sealed envelope addressed to:

Kent Khtikian, Esq.
Kimberly A. Hancock, Esq.
Katzenbach & Khtikian
1714 Stocktin Street, Suite 300
San Francisco, CA 94133-2930

    I am familiar with the firm's practice for collecting and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Jose, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

    I declare under penalty of perjury, under the laws of California, that the foregoing is true and correct.

    Executed on  April 11, 2008 , at San Jose, California.

    /s/
Judith L. Whitman