AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Northern ——————— DISTRICT OF ——————— California

E-filing

**SUMMONS IN A CIVIL CASE**

See 1 in Addendum
**V.**
See 2 in Addendum

CASE NUMBER:

**CV 08  0897 BZ**

TO: (Name and address of defendant)

See 3 in Addendum

**YOU ARE HEREBY SUMMONED** and required to serve up on PLAINTIFF'S ATTORNEY (name and address)

Kent Khtikian, Esq.
Kimberly Hancock, Esq.
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, CA 94133-2930

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK _____

(BY) DEPUTY CLERK

DATE   FEB 1 1 2008

# Addendum

1. BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA, INC., a not-for-proft California corporation; TILE EMPLOYERS CONTRACT ADMINISTRATION FUND; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND,

   Plaintiffs.

2. VASSALLO TILE, MARBLE & GRANITE CORP., a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California Corporation

   Defendant.

3. Vassallo Tile, Marble & Granite Corp.
   444 Phelan Avenue
   San Jose, CA 95112

   American Contractors Indemnity Company
   9841 Airport Blvd. 9th Floor
   Los Angeles, CA 90045

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____
_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐  Returned unexecuted: _____
_____
_____
_____

☐  Other *(specify)*: _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____        _____
                    Date                                                 Signature of Server

                                                                         _____
                                                                         Address of Server

AO 440 (Rev. 10/93) Summons in a Civil Action

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| KENT KHTIKIAN, ESQ. (99843)<br>KATZENBACH AND KHTIKIAN<br>1714 Stockton, #300<br>San Francisco, California 94133-2930 | (415) 834-1778 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2491973 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3 etc., et al.

Defendant:
VASSALLO TILE, MARBLE & GRANITE CORP., et al.

**PROOF OF SERVICE** | Date | Time | Dept/Div | Case Number: CV08-0897

I, A. Molina, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; COMPLAINT FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT; RECOVERY OF DELINQUENT WAGE & FRINGE BENEFIT CONTRIBUTIONS; BOND; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO.

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant       : AMERICAN CONTRACTORS INDEMNITY COMPANY, a California Corporation

By Serving      : GEANNIE J. KIM Authorized Agent for Service

Address         : 9841 Airport Boulevard, 9th Floor, Los Angeles, California 90045
Date & Time     : Wednesday, February 20, 2008 @ 3:40 p.m.
Witness fees were : Not applicable.

Person serving:
A. Molina
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 5414
   (3) County: Los Angeles
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 22, 2008

Signature: _____
A. Molina


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| KENT KHTIKIAN, ESQ. (99843)<br>KATZENBACH AND KHTIKIAN<br>1714 Stockton, #300<br>San Francisco, California 94133-2930 | (415) 834-1778 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2491970 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3 etc., et al.

Defendant:
VASSALLO TILE, MARBLE & GRANITE CORP., et al.

**PROOF OF SERVICE**

| Date: | Time: | Dept/Div: | Case Number: CV08-0897 |

I, Michael Weeker, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; COMPLAINT FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT; RECOVERY OF DELINQUENT WAGE & FRINGE BENEFIT CONTRIBUTIONS; BOND; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO.

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant           : VASSALLO TILE, MARBLE & GRANITE CORP., a California Corporation

By Serving          : TONY VASSALLO Owner

Address             : 444 Phelan Avenue, San Jose, California 95112
Date & Time         : Wednesday, February 20, 2008 @ 2:30 p.m.
Witness fees were   : Not applicable.

Person serving:
Michael Weeker
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 617
   (3) County: Santa Clara
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 22, 2008                    Signature: _____
                                                      Michael Weeker


Printed on recycled paper