# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Bricklayers and Allied Craftworkers Local Union No,<br><br>                    Plaintiff(s),<br><br>    v.<br><br>Vassallo Tile, Marble & Granit Corp.,<br><br>                    Defendant(s). | 08-00897 BZ<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

**Notice Re: Noncompliance With Court Order**
08-00897 BZ                                        -1-

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
3  to an e-mail directed to adr@cand.uscourts.gov.

5      It is the responsibility of counsel to schedule an ADR Phone Conference, if
6  required, to occur <u>before</u> the Case Management Conference.

9  Dated: April 30, 2008

                RICHARD W. WIEKING
                Clerk
                by:    Timothy J. Smagacz

*/s/ Timothy Smagacz*
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

PROOF OF SERVICE

Case Name:      Bricklayers and Allied Craftworkers Local Union No v. Vassallo Tile, Marble & Granit Corp.

Case Number:    08-00897 BZ

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On April 30, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Kimberly Anne Hancock
> Katzenback and Khtikian
> 1714 Stockton Street
> Suite 300
> San Francisco, CA 94133-2930
> Khanc1965@msn.com
>
> Kent Khtikian
> Katzenbach and Khtikian
> 1714 Stockton Street
> Suite 300
> San Francisco, CA 94133-2930
> khtikian@kklaborlaw.com
>
> Judith L. Whitman
> Diemer Whitman & Cardosi, LLP
> 75 East Santa Clara Street, Suite 290
> San Jose, CA 95113
> jwhitman@diemerwhitman.com

Kathryn S. Diemer
Diemer Whitman & Cardosi, LLP
75 East Santa Clara Street, Suite 290
San Jose, CA 95113
kdiemer@diemerwhitman.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 30, 2008 in San Francisco, California.

> RICHARD W. WIEKING
> Clerk
> by:   Timothy J. Smagacz
>
> *Timothy Smagacz*
> ―――――――――――――――――
> ADR Administrative Assistant
> 415-522-4205
> Tim_Smagacz@cand.uscourts.gov