# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Bricklayers & Allied Craftworkers Local
Union No. 3, AFL-CIO; et al.,

          Plaintiff(s),

     v.

Vassallo Tile, Marble & Granite Corp., et al.

          Defendant(s).

No. C 08-0897 BZ

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: April 30, 2008 _____

_____
Signature

Counsel for  Plaintiffs
(Plaintiff, Defendant or indicate "pro se")