KENT KHTIKIAN, #99843
KATZENBACH AND KHTIKIAN
1714 Stockton Street, Suite 300
San Francisco, CA 94133-2930
Telephone: (415) 834-1778; Facsimile: (415) 834-1842
Attorneys for Plaintiffs

DIEMER, WHITMAN & CARDOSI, LLP
JUDITH L. WHITMAN, #103385
75 East Santa Clara Street, Suite 290
San Jose, California 95113
Telephone: (408) 971-6270; Facsimile: (408) 971-6271
ATTORNEYS FOR Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; et al, <br><br> Plaintiffs, <br><br> vs. <br><br> VASSALLO TILE, MARBLE & GRANITE CORP., et al., <br><br> Defendants. | Case No. CV 08 0897 BZ <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER** <br><br> Date: May 19, 2008 <br> Time: 4:00 PM <br> Courtroom: G, 15th Floor |

Plaintiffs, Bricklayers and Allied Craftworkers Local Union No. 3, AFL-CIO; Trustees of the Northern California Tile Industry Pension Trust; Trustees of the Northern California Tile Industry Health and Welfare Trust Fund; Trustees of the Northern California Tile Industry Apprenticeship and Training Trust Fund; Tile Industry Promotion Fund of Northern California, Inc., a not-for-profit California corporation; Tile Employers Contract Administration Fund; Trustees of the International Union of Bricklayers and Allied Craftworkers Pension Fund and Defendants, Vassallo Tile, Marble & Granite Corp., a California corporation and American Contractor Indemnity Company, a California corporation hereby stipulate to and respectfully request that the Court continue the Case Management Conference in this matter, currently set for May 19, 2008 at 4:00 PM, for a period of forty-five (45) days.

The parties make this request because they have reached a tentative settlement of this

matter and settlement documents are being prepared for circulation, review and signature. Upon the execution of the settlement documents, Plaintiff will dismiss, without prejudice, the pending action. The parties anticipate the settlement will be finalized, the settlement agreement executed and the case dismissed within the next 30 days.

In order to give the parties sufficient time to complete the settlement of this matter and dismiss the pending action, the parties respectfully request that this Court continue the Case Management Conference in this matter for a time, convenient to the Court, approximately 45 days hence.

IT IS SO STIPULATED:

Dated: May 14, 2008                                  KATZENBACH AND KHTIKIAN

                                                     By: _____
                                                         Kent Khtikian
                                                         Attorneys for Plaintiffs

Dated: May 14, 2008                                  DIEMER, WHITMAN & CARDOSI, LLP

                                                     By: _____
                                                         Judith L. Whitman
                                                         Attorneys for Defendants

### [PROPOSED] ORDER

Good cause appearing, it is so ORDERED that the Case Management Conference currently set for May 19, 2008 at 4:00 PM is continued to _____ at 4:00 PM in Courtroom G, 15th Floor.

Dated: May ___, 2008                                 _____
                                                     The Honorable Bernard Zimmerman
                                                     UNITED STATES MAGISTRATE JUDGE