1  KENT KHTIKIAN, #99843
   KATZENBACH AND KHTIKIAN
2  1714 Stockton Street, Suite 300
   San Francisco, CA 94133-2930
3  Telephone: (415) 834-1778; Facsimile: (415) 834-1842
   Attorneys for Plaintiffs
4
   DIEMER, WHITMAN & CARDOSI, LLP
5  JUDITH L. WHITMAN, #103385
   75 East Santa Clara Street, Suite 290
6  San Jose, California   95113
   Telephone:  (408) 971-6270; Facsimile: (408) 971-6271
7  ATTORNEYS FOR Defendants

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA
                     San Francisco Division
10

11 BRICKLAYERS AND ALLIED            )   Case No. CV 08 0897 BZ
12 CRAFTWORKERS LOCAL UNION          )
   NO. 3, AFL-CIO; et al,            )   STIPULATION TO CONTINUE CASE
13                                   )   MANAGEMENT CONFERENCE;
                       Plaintiffs,   )   ~~PROPOSED~~ ORDER
14 vs.                               )
                                     )   Date: May 19, 2008
15 VASSALLO TILE, MARBLE &           )   Time: 4:00 PM
   GRANITE CORP., et al.,            )   Courtroom: G, 15th Floor
16                                   )
                       Defendants.   )
17 _____)

18        Plaintiffs, Bricklayers and Allied Craftworkers Local Union No. 3, AFL-CIO; Trustees of

19 the Northern California Tile Industry Pension Trust; Trustees of the Northern California Tile

20 Industry Health and Welfare Trust Fund; Trustees of the Northern California Tile Industry

21 Apprenticeship and Training Trust Fund; Tile Industry Promotion Fund of Northern California,

22 Inc., a not-for-profit California corporation; Tile Employers Contract Administration Fund;

23 Trustees of the International Union of Bricklayers and Allied Craftworkers Pension Fund and

24 Defendants, Vassallo Tile, Marble & Granite Corp., a California corporation and American

25 Contractor Indemnity Company, a California corporation hereby stipulate to and respectfully

26 request that the Court continue the Case Management Conference in this matter, currently set for

27 May 19, 2008 at 4:00 PM, for a period of forty-five (45) days.

28        The parties make this request because they have reached a tentative settlement of this

                                           1
       STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER

matter and settlement documents are being prepared for circulation, review and signature. Upon

the execution of the settlement documents, Plaintiff will dismiss, without prejudice, the pending

action. The parties anticipate the settlement will be finalized, the settlement agreement executed

and the case dismissed within the next 30 days.

In order to give the parties sufficient time to complete the settlement of this matter and

dismiss the pending action, the parties respectfully request that this Court continue the Case

Management Conference in this matter for a time, convenient to the Court, approximately 45

days hence.

IT IS SO STIPULATED:

Dated: May 14, 2008                    KATZENBACH AND KHTIKIAN


By: _____
       Kent Khtikian
       Attorneys for Plaintiffs

Dated: May 14, 2008                    DIEMER, WHITMAN & CARDOSI, LLP


By: _____
       Judith L. Whitman
       Attorneys for Defendants


**[PROPOSED] ORDER**

Good cause appearing, it is so ORDERED that the Case Management Conference

currently set for May 19, 2008 at 4:00 PM is continued to ___July 7, 2008___ at

4:00 PM in Courtroom G, 15th Floor.


Dated: May __14__ 2008

The Honorable Bernard Zimmerman
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER