```
 1  Kent Khtikian, Esq. (#99843)
    Kimberly A. Hancock, Esq. (#205567)
 2  Katzenbach and Khtikian
    1714 Stockton Street, Suite 300
 3  San Francisco, California  94133-2930
    Telephone: (415) 834-1778
 4  Facsimile: (415 834-1842
    Attorneys for Plaintiffs
 5

 6  Judith Whitman, Esq.  (#103385)
    Diemer, Whitman & Cardosi, LLP
 7  75 East Santa Clara Street, Suite 290
    San Jose, CA 95113
 8  Telephone: (408) 971-6270
    Facsimile: (408) 971-6271
 9  Attorneys for Defendants

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13
    BRICKLAYERS AND ALLIED CRAFTWORKERS   ) Case No. CV 08-0897 BZ
14  LOCAL UNION NO. 3, AFL-CIO;           )
    TRUSTEES OF THE NORTHERN CALIFORNIA   )
15  TILE INDUSTRY PENSION TRUST; TRUSTEES )
    OF THE NORTHERN CALIFORNIA TILE       )
16  INDUSTRY HEALTH AND WELFARE TRUST FUND;)
    TRUSTEES OF THE NORTHERN CALIFORNIA   ) STIPULATION FOR
17  TILE INDUSTRY APPRENTICESHIP          ) DISMISSAL WITHOUT
    AND TRAINING TRUST FUND;              ) PREJUDICE
18  TILE INDUSTRY PROMOTION FUND          )
    OF NORTHERN CALIFORNIA, INC., a       )
19  not-for-profit California corporation;)
    TILE EMPLOYERS CONTRACT ADMINISTRATION)
20  FUND; TRUSTEES OF THE INTERNATIONAL   )
    UNION OF BRICKLAYERS AND ALLIED       )
21  CRAFTWORKERS PENSION FUND,            )
                                          )
22       Plaintiffs,                      )
                                          )
23  vs.                                   )
                                          )
24  VASSALLO TILE, MARBLE & GRANITE       )
    CORP., a California corporation;      )
25  AMERICAN CONTRACTORS INDEMNITY        )
    COMPANY, a California corporation,    )
26                                        )
         Defendants.                      )
27  _____)

28       The plaintiffs and defendants have entered into a settlement
```

```
 1  agreement which provides that they shall dismiss this action in
 2  its entirety without prejudice.  Accordingly, plaintiffs and
 3  defendants hereby stipulate to dismissal of this action in its
 4  entirety without prejudice.
 5
 6                          Diemer, Whitman & Cardosi, LLP
 7
 8
    Dated: June 23, 2008   By:_____/s/ Judith Whitman_____
 9                                 Judith L. Whitman
                                 Attorneys for Defendants
10
11
                            Katzenbach & Khtikian
12
13
14  Dated: June 23, 2008   By:_____/s/ Kent Khtikian_____
                                   Kent Khtikian
15                             Attorneys for Plaintiffs
16
17                    **Attestation Of Concurrence**
18      I, Kent Khtikian, declare that Judith Whitman has signed the
19  Stipulation set forth above and that I have in my possession her
20  signature on this document.
21      I declare under penalty of perjury that the foregoing is
22  true and correct.
23      Executed this 23rd day of June 2008, in San Francisco,
24  California.
25
26                               _____/s/ Kent Khtikian_____
                                        Kent Khtikian
27
28
```